GEORGE D. YARON, ESQ. (State Bar #96246)
D. DAVID STEELE. (State Bar #171636)
MATTHEW A. ZAVALA, ESQ. (State Bar #265663)
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929

Attorneys for Defendant
TODD SHIPYARDS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

CHARLES AIKINS

Plaintiffs,

v.

GENERAL ELECTRIC, et al.

Defendants.

CASE NO. 10-CV-0406

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO CONTINUE THE CASE MANAGEMENT CONFERENCE, SET FOR JUNE 2, 2010**

Plaintiff CHARLES AIKINS ("Plaintiff"), by and through her attorneys of record, Brayton & Purcell, enter into the following stipulation with all Defendants:

IT IS HEREBY AGREED BY AND BETWEEN PLAINTIFF AND DEFENDANTS THAT:

1. On April 9, 2010, the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407, transferred the above-referenced matter to the Eastern District of Pennsylvania, under Consolidated Case No. MDL No. 875, and assigned Case No. 2:10-CV-64595. This transfer was in accordance with JPML's Conditional Transfer Order No. 331, issued March 3, 2010.

2. The parties agree that the JPML has entered a conditional transfer order, however, the Court has not yet received the Certified Transfer Order from the JPML. Further, it is likely the date set for the Case Management Conference will pass before this Court receives the Certified Transfer Order.

3. The Case Management Conference set for June 2, 2010 at 10:30 A.M. at the United States District Courthouse for the Northern District of California, Courtroom "A," 15th floor, will be continued to August 4, 2010.

For the reasons above, the parties hereby STIPULATE to and respectfully request the Court VACATE the Case Management Conference set for June 2, 2010 and that the Court issue an Order CONTINUING the Case Management Conference to August 4, 2010.

The undersigned respectively have the authority to execute this Stipulation and bind the respective parties hereto.

DATED: ~~May __~~, 2010 June 1, 2010

BRAYTON & PURCELL

By: [signature] for

DAVID DONADIO
FRANK J. ANDERS
LANCE STEWART
Attorneys for Plaintiff

DATED: May 28, 2010

YARON & ASSOCIATES

By: [signature]

GEORGE D. YARON
D. DAVID STEELE
MATTHEW A. ZAVALA
Attorneys for Defendant TODD SHIPYARDS CORPORATION

DATED: May__, 2010

DRATH CLIFFORD MURPHY WENNERHOLD & HAGEN

By:____________________

DAVID F. BEACH
Attorney for Defendant UNITED STATED STEEL CORPORATION

///

///

///

3. The Case Management Conference set for June 2, 2010 at 10:30 A.M. at the United States District Courthouse for the Northern District of California, Courtroom "A," 15th floor, will be continued to August 4, 2010.

For the reasons above, the parties hereby STIPULATE to and respectfully request the Court VACATE the Case Management Conference set for June 2, 2010 and that the Court issue an Order CONTINUING the Case Management Conference to August 4, 2010.

The undersigned respectively have the authority to execute this Stipulation and bind the respective parties hereto.

DATED: May ___, 2010

BRAYTON & PURCELL

By: ______________________

DAVID DONADIO
FRANK J. ANDERS
LANCE STEWART
Attorneys for Plaintiff

DATED: May 28, 2010

YARON & ASSOCIATES

By: [signature]

GEORGE D. YARON
D. DAVID STEELE
MATTHEW A. ZAVALA
Attorneys for Defendant TODD SHIPYARDS CORPORATION

DATED: May __, 2010

DRATH CLIFFORD MURPHY WENNERHOLD & HAGEN

By: [signature]

DAVID F. BEACH
Attorney for Defendant UNITED STATED STEEL CORPORATION

///

///

///

DATED: ~~May __, 2010~~ June 1, 2010

JACKSON WALLACE LLP

By: [signature]

DANIEL DENNIS O'SHEA
Attorney for Defendant GENERAL DYNAMICS CORPORATION

DATED: May __, 2010

HAIGHT BROWN BONESTEEL

By: ______________________

DANIEL JAMES KELLY
NAIRI PATERSON
Attorneys for Defendant NORTHROP GRUMANN SHIPBUILDING, INC.

DATED: May __, 2010

POND NORTH LLP

By: ______________________

KEVIN DOUGLAS JAMISON
Attorney for Defendant VIACOM, INC.

///

///

///

///

DATED: May __, 2010

JACKSON WALLACE LLP

By:______________________________

DANIEL DENNIS O'SHEA
Attorney for Defendant GENERAL DYNAMICS CORPORATION

DATED: ~~May __, 2010~~ June 1, 2010

HAIGHT BROWN BONESTEEL LLP

By: Nairi C. Paterson

DANIEL JAMES KELLY
NAIRI PATERSON
Attorneys for Defendant NORTHROP GRUMANN SHIPBUILDING, INC.

DATED: May __, 2010

POND NORTH LLP

By:______________________________

KEVIN DOUGLAS JAMISON
Attorney for Defendant VIACOM, INC.

///

///

///

///

DATED: May__, 2010

JACKSON WALLACE LLP

By:______________________________

DANIEL DENNIS O'SHEA
Attorney for Defendant GENERAL DYNAMICS CORPORATION

DATED: May__, 2010

HAIGHT BROWN BONESTEEL LLP

By:______________________________

DANIEL JAMES KELLY
NAIRI PATERSON
Attorneys for Defendant NORTHROP GRUMANN SHIPBUILDING, INC.

DATED: ~~May~~ June 1, 2010

POND NORTH LLP

By:______________________________

KEVIN DOUGLAS JAMISON
Attorney for Defendant VIACOM, INC.

///

///

///

///

DATED: May 28, 2010

BRYDON HUGO PARKER

By: [signature]

Shelley K. Tinkoff
~~THOMAS J. MOSES~~
Attorney for Defendant LESLIE CONTROLS, INC. and FOSTER WHEELER LLC

DATED: May __, 2010

CARROLL BURDICK & MCDONOUGH LLP

By:______________________________

SUSANNE GHESERI ARANI
Attorney for Defendant WARREN PUMPS LLC

DATED: May __, 2010

SEDGWICK, DETERT, MORAN, & ARNOLD, LLP

By:______________________________

CHARLES T. SHELDON
Attorney for Defendant GENERAL ELECTRIC COMPANY

DATED: May__, 2010

BRYDON HUGO PARKER

By:______________________________

THOMAS J. MOSES
Attorney for Defendant LESLIE CONTROLS, INC.

DATED: ~~May~~ June 1, 2010

CARROLL BURDICK & MCDONOUGH LLP

By: [signature]

SUSANNE GHESERI ARANI
Attorney for Defendant WARREN PUMPS LLC

DATED: May__, 2010

SEDGWICK, DETERT, MORAN, & ARNOLD, LLP

By:______________________________

CHARLES T. SHELDON
Attorney for Defendant GENERAL ELECTRIC COMPANY

DATED: May__, 2010

BRYDON HUGO PARKER

By:______________________________

THOMAS J. MOSES
Attorney for Defendant LESLIE CONTROLS, INC.

DATED: May__, 2010

CARROLL BURDICK & MCDONOUGH LLP

By:______________________________

SUSANNE GHESERI ARANI
Attorney for Defendant WARREN PUMPS LLC

DATED: ~~May~~ JUNE 1, 2010

SEDGWICK, DETERT, MORAN, & ARNOLD, LLP

By:______________________________

CHARLES T. SHELDON
Attorney for Defendant GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Susan Illston

THE CASE MANAGEMENT CONFERENCE HAS BEEN CONTINUED TO 8/6/10 @ 2:30 P. M.