**BRAYTON◊PURCELL LLP**
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CHARLES AIKINS,                                   )       No. 3:10-cv-00406-CRB
                                                  )
                   Plaintiff,                     )       **ORDER GRANTING PARTIES'**
                                                  )       **DISMISSAL WITH PREJUDICE OF**
vs.                                               )       **DEFENDANT FOSTER WHEELER LLC**
                                                  )       **(FKA FOSTER WHEELER**
GENERAL ELECTRIC COMPANY,                         )       **CORPORATION)**
et al.,                                           )
                                                  )
                   Defendants.                    )
                                                  )
                                                  )
                                                  )
                                                  )
                                                  )
                                                  )
_____ )

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant

FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) are hereby dismissed

with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 10, 2014            By: _____



1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER
LLC (FKA FOSTER WHEELER CORPORATION)